UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMIN COOLEY,<br>Defendant. | Case No. 22-cr-00015-SI-1<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE SENTENCING TO JANUARY 20, 2023**<br><br>Re: Dkt. No. 80 |

The Court has received defendant's motion to continue sentencing to January 20, 2023, and the government's opposition thereto. The government previously stated that it was amenable to continuing sentencing to that date. *See* Dkt. No. 77. The Court finds that it is appropriate to allow enough time for the CAP assessment to be completed prior to sentencing. Accordingly, the Court GRANTS defendant's request and continues sentencing to January 20, 2023 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: December 2, 2023

SUSAN ILLSTON
United States District Judge