FILED
Dec 05 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

TO: The Honorable Thomas S. Hixson         RE: Amin COOLEY
U.S. Magistrate Judge

FROM: Silvio Lugo, Chief              Docket No.: 3:22-cr-00015-SI-1
U.S. Pretrial Services Officer

Date: December 2, 2022

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Nelson G. Barao, Specialist                           510-637-3758

U.S. Pretrial Services Officer                        TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. by Zoom on 12/8/2022 at 2:30 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding   District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   A.

   B.

   C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____    December 5, 2022
JUDICIAL OFFICER                     DATE
Honorable Thomas S. Hixson
United States Magistrate Judge