<s>PROPOS</s>ED ORDER/COVER SHEET

TO:     The Honorable Thomas S. Hixson           RE:     Amin COOLEY
        U.S. Magistrate Judge

FROM:   Silvio Lugo, Chief                       Docket No.:   3:22-cr-00015-SI-1
        U.S. Pretrial Services Officer

Date:   December 8, 2022

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Nelson G. Barao, Specialist                            510-637-3758

**U.S. Pretrial Services Officer**                     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

   A. Defendant shall drug test in-office every Monday (or following business day due to observed holiday) by way of urinalysis sample until the defendant has a two month string of negative tests; and

   B. Defendant shall enter an intensive outpatient program as directed by Pretrial Services.

   C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

| | |
|---|---|
| _____ | December 8, 2022 |
| **JUDICIAL OFFICER** | **DATE** |

Hon. Thomas S. Hixson

U.S. Magistrate Judge