**FILED**
Jan 10 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Amin COOLEY |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-cr-00015 SI-1 |
| **Date:** | 1/10/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados, Supervisor                          (408) 535-5223

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☑ Other Instructions: **The Court orders that the warrant issued against Mr. Cooley on April 12, 2023, be quashed and the defendant be transferred to BOP custody to begin serving his 27 month custodial sentence.**

_signature_                                    January 10, 2024
**JUDICIAL OFFICER**                           **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge